## Commonwealth *v.* Cornitcher, Appellant.

 Argued June 14, 1974. *Herbert Cornitcher*, appellant, in propria persona; *Mark Sendrow*, Assistant District Attorney, with him *Douglas B. Richardson*, *David Richman*, and *Steven Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District

Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.